IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30861
Conference Calendar
_____


MICHAEL HAYES,

                                        Petitioner-Appellant,

versus

JOHN ASHCROFT, ATTORNEY GENERAL,
through the U.S. Marshal Service;
EDGAR C. DAY, JR., Warden; JILL M.
PROSPER, Specialist for the United
States Marshal Service,

                                        Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 01-CV-1312-B
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

     Michael Hayes, Louisiana state prisoner # 379829, appeals
from the denial of his 28 U.S.C. § 2241 petition for failure to
exhaust administrative remedies.  In addition to his original
brief, Hayes has submitted an untimely reply brief and a motion
to file same.  The motion is GRANTED.

     Hayes did not brief the exhaustion of remedies issue in his
original brief.  Because Hayes has failed to brief the only

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

appealable issue, it is deemed abandoned.  See Yohey v. Collins,
985 F.2d 222, 224-25 (5th Cir. 1993)(although pro se pleadings
must be liberally construed, arguments not briefed on appeal are
deemed abandoned).  We cannot consider the arguments made in
Hayes' reply brief as to the exhaustion issue.  "This Court will
not consider a claim raised for the first time in a reply brief."
Id. at 225.  This appeal is without arguable merit and thus
frivolous.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).
Accordingly, it is DISMISSED.  See 5TH CIR. R. 42.2.

    APPEAL DISMISSED; MOTION GRANTED.